# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**KEITH HODGES**                                                          **PLAINTIFF**

v.                        No. 4:17-cv-42-DPM-BD

**RODDNEY WRIGHT**, Sheriff, Saline County
Jail; **T. PARKER**, Sergeant, Saline County Jail;
**MASSIET**, Lieutenant, Saline County Jail; and
**FARLEY**, Booking Deputy, Saline County Jail                **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hodges's motion for a temporary restraining order, № 5, is denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2017