IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH HODGES                                                                        PLAINTIFF

v.                                     No. 4:17-cv-42-DPM

RODDNEY WRIGHT, Sheriff, Saline County
Jail; T. PARKER, Sergeant, Saline County Jail;
MASSIET, Lieutenant, Saline County Jail; and
FARLEY, Booking Deputy, Saline County Jail                          DEFENDANTS

ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hodges's complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2017