IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH HODGES                                                                                           PLAINTIFF

v.                                       No. 4:17-cv-42-DPM

RODDNEY WRIGHT, Sheriff, Saline County
Jail; T. PARKER, Sergeant, Saline County Jail;
MASSIET, Lieutenant, Saline County Jail; and
FARLEY, Booking Deputy, Saline County Jail                             DEFENDANTS

JUDGMENT

Hodges's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2017